JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA BIGLANG-AWA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE RITZ-CARLTON HOTEL COMPANY, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00253-RGK-E<br><br>**[PROPOSED] ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Sheila Biglang-Awa ("Plaintiff") and The Ritz-Carlton Hotel Company, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 24, 2019

*/s/ Gary Klausner*
UNITED STATES DISTRICT COURT JUDGE